ROBERT SMITH v. ABNER HUBBARD.

*Award of costs in appeal cases not reviewed.*

The discretion of a circuit judge in awarding costs in appeal cases is not reviewable by the Supreme Court.

Error to Saginaw. Submitted June 15. Decided June 22.

ASSUMPSIT. Plaintiff recovered judgment before a justice for $40.29 damages and $10 costs; on an appeal taken by the defendant he again obtained a verdict and his damages were assessed at $50, but defendant was given costs. Plaintiff brings error. Affirmed.

*F. L. Eaton* for plaintiff in error. The successful party in a suit at law should recover costs: Bouv. Law Dict. *Costs;* Statute of Gloucester, A. D. 1278; 3 Terr. Laws, 1158; Rev. Stat. 1846, ch. 149, § 3; Comp. L. 1871, §§ 5375, 5459, 7387, 7427; costs on motions are allowed to the prevailing party as a matter of course unless some special reason is shown: *O'Flynn v. Eagle* 7 Mich. 306; *Ireland v. Spalding* 11 Mich. 455; an unjust award may be reviewed: *Knox v. Arnold* 1 Wis. 71; *Heeron v. Beckwith* id. 17; *Bean v. Moore* 2 Chand. (Wis.) 44; *Benaway v. Coyne* 3 Chand. 214; *Rich v. Hathaway* 18 Ill. 548; *Gallagher v. People* 91 Ill. 590; *Andrews v. Campbell* 94 Ill. 579; *Schroer v. Wessell* 89 Ill. 113; *Mitchell v. Shuert* 16 Mich. 444; *Yawkey v. Richardson* 9 Mich. 529.

*Wm. H. Sweet* for defendant in error. The power of the circuit court to award costs on appeal is discretionary and not open to review: *Holbrook v. Cook* 5 Mich. 225; *Chaffee v. Soldan* id. 242; *Van Renselaer v. Whiting* 12 Mich. 449; *Beaubien v. Cicotte* id. 485; *Johr v. People* 26 Mich. 427; *Polhemus v. Ann Arbor* 27 Mich. 44; discretion is presumed to have been properly exercised: *Somerville v. Richards* 37 Mich. 302.

MARSTON, C. J. While we are of opinion that costs should have been awarded the plaintiff in error in this case, and can conceive of no reason for the same not having been given, let alone giving of costs against him as was done, yet within the rule in *Hewitt v. Ingham Circuit Judge* 44 Mich. 153, we cannot review the discretion of the circuit judge even although we may think no discretion was exercised.

The judgment will be affirmed with costs.

The other Justices concurred.